# EXHIBIT D

**Patent Claims Analysis**

**of**

**US9948922: "Faster state transitioning for continuous adjustable 3Deeps filter spectacles using multi-layered variable tint materials"**

**against**

**Delta Air Lines's Digital Signage**

# US9948922B2
United States

| | |
|---|---|
| Inventor | Kenneth Martin Jacobs, Ronald Steven Karpf |
| Current Assignee | Vdpp LLC |

**Worldwide applications**

2017 US~~ ~~US 2018 US~~~~

| Claims priority from a provisional application | 01/23/2001 | Expired |
|---|---|---|

| Total patentTerm Adjustments |
|---|
| 0 |

**for the damages period, we need evidence before 2022-01-22**

CLAIMS

7. An apparatus comprising:

   a storage adapted to:

      store one or more image frames;

   a processor adapted to:

      obtain a first image frame and a second image frame from a first video stream;

      generate a first modified image frame by stitching together the first image frame with a third image frame, wherein the first modified image frame is different from the first image frame;

      generate a second modified image frame by stitching together the second image frame with a fourth image frame, wherein the second modified image frame is different from the second image frame;

      generate a bridge frame, wherein the bridge frame is a solid color, wherein the bridge frame is different from the first image frame and different from the second image frame;

      display the first modified image frame;

      display the bridge frame; and

      display the second modified image frame.

| Row | Claim Element | Contention |
|---|---|---|
| 7.0 | 7. An apparatus comprising: | Delta Air Lines's Digital Signage is an apparatus.<https://web.archive.org/web/20190812075820/https://www.delta.com/> |
| 7.1 | a storage adapted to: store one or more image frames; | Delta Air Lines's Digital Signage can do Backlight Scanning which means - - It has Storage to store a sequence of Image frames. |
| 7.2 | a processor adapted to: | Delta Air Lines's Digital Signage can do Backlight Scanning which means - - It has a Processor. |

| | | |
|---|---|---|
| | obtain a first image frame and a second image frame from a first video stream; | *Delta Air Lines's Digital Signage* obtains the first image and a second image frame from a first video stream. |
| 7.3 | generate a first modified image frame by stitching together the first image frame with a third image frame, wherein the first modified image frame is different from the first image frame; | *Delta Air Lines's Digital Signage generates a first modified image frame by stitching together the first image frame to the resolution of the Delta Air Lines's Digital Signage.*<br><br>*Because the first modified image frame is a stitched together version of the first image frame, they are different sizes. Hence they are different.*<br><br>&lt;binfile:DeltaSeatsAvailable1000fps.mp4&gt; |
| 7.4 | generate a second modified image frame by stitching together the second image frame with a fourth image frame, wherein the second modified image frame is different from the second image frame; | *Delta Air Lines's Digital Signage generates a second modified image frame by stitching together the second image frame to the resolution of the Delta Air Lines's Digital Signage.*<br><br>*Because the second modified image frame is a stitched together version of the second image frame, they are different sizes. Hence they are different.*<br><br>&lt;binfile:DeltaSeatsAvailable1000fps.mp4&gt; |
| 7.5 | generate a bridge frame, wherein the bridge frame is a solid color, wherein the bridge frame is different from the first image frame and different from the second image frame; | *The Backlight Scanning (Black Frame Insertion or BFI) frame - is the bridge frame. The bridge frame is a solid black color.* |



| | | |
|---|---|---|
| | | <binfile:DeltaSeatsAvailable1000fps.mp4>  *Because the bridge frame is a solid black image frame, it is different from the first and second image frames.* |
| 7.6 | display the first modified image frame; | *Delta Air Lines's Digital Signage displays:*  *The first modified image frame.*  <binfile:DeltaSeatsAvailable1000fps.mp4>  *A video of the Delta seats available display (attached) was filmed in an Delta Airlines station using a Casio EX-ZR100 camera at 1000 frames per second (fps).   At 1000 fps the video clearly shows the use of BFI.  BFI runs at 60 fps and BFI is only perceived as a slight lessening of brightness.* |
| 7.7 | display the bridge frame; and | *Delta Air Lines's Digital Signage displays:*  *The bridge frame.*  <binfile:DeltaSeatsAvailable1000fps.mp4>  *A video of the Delta seats available display (attached) was filmed in an Delta Airlines station using a Casio EX-ZR100 camera at 1000 frames per second (fps).   At 1000 fps the video clearly shows the use of BFI.  BFI runs at 60 fps and BFI is only perceived as a* |

| | | |
|---|---|---|
| | | *slight lessening of brightness.* |
| 7.8 | display the second modified image frame. | *Delta Air Lines's Digital Signage* displays:<br>*The second modified frame.*<br><br>&lt;binfile:DeltaSeatsAvailable1000fps.mp4&gt;<br><br>*A video of the Delta seats available display (attached) was filmed in an Delta Airlines station using a Casio EX-ZR100 camera at 1000 frames per second (fps).  At 1000 fps the video clearly shows the use of BFI.  BFI runs at 60 fps and BFI is only perceived as a slight lessening of brightness.* |